IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

**Jeremy Story,**
Plaintiff,

v.

**Williamson County Judge Bill Gravell, Williamson County Sheriff Mike Gleason, Williamson County Deputies Brian Casey, Jason Briggs, et al.,**
Defendants.

**FILED**
July 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____cc_____
DEPUTY

**Case No. 1:23-CV-1120-DII**

**NOTICE OF APPEAL**

Notice is hereby given that Jeremy Story, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on 7/1/2024, and the order granting Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), entered on 7/1/2024.

**Dated:** 7/31/2024

**Respectfully submitted,**

Jeremy Story
Plaintiff
489 Agnes Drive Ste 112-318
Bastrop, TX 78602
817-704-3984
jeremy@jeremystory.org

**CERTIFICATE OF SERVICE:** I certify that this response was served on all parties of interest via mail on 7/1/2024.

Jeremy Story
Plaintiff
489 Agnes Drive Ste 112-318
Bastrop, TX 78602
817-704-3984
jeremy@jeremystory.org