# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 29, 2024

Mr. Jeremy Story  
489 Agnes Drive  
Suite 112-318  
Bastrop, TX 78602

    No. 24-50646    Story v. Gravell  
                      USDC No. 1:23-CV-1120

Dear Mr. Story,

The time for filing your reply brief was inadvertently started when the appellee's brief was processed. The time for filing your reply brief has not started yet.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Renee S. McDonough, Deputy Clerk  
                            504-310-7673

cc:  
    Mr. Claude Robert Heath  
    Mr. Gunnar P. Seaquist