

November 25, 2024

Ms. Renee S. McDonough
Deputy Clerk
United States Cout of Appeals
Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      No. 24-50646  Story v. Gravell
              USDC No. 1:23-CV-1120

Dear Ms. McDonough,

In a telephone conversation this afternoon, your office asked me to clarify who, if anyone was, representing the two Doe defendants.

While the First Amended Complaint named John Doe I and John Doe II as defendants, they were never identified or served, and the claims against them were dismissed for lack of service.  ROA.180; *see also,* ROA.164; ROA.153, n.2; and ROA.96, n.1.  Although the issues relating to them are largely identical to the ones affecting the other defendants who I do represent, as the Doe defendants were never served and never made an appearance, neither I nor anyone else represented them.

Additionally, I note that the caption of the case and the district court docket sheet lists Williamson County as a party, the county was not named as a party in either the Original Complaint, ROA.9-10, or the First Amended Complaint, ROA.56-57.  Similarly, the waiver of service, ROA.80, and the Notice of Appearance, ROA.84, do not indicate that Williamson County was served or made an appearance.

Please let me know if you have any further questions.

Sincerely,

C. Robert Heath

CRH/cg
cc:  Mr. Jeremy Story