# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 18, 2024

Mr. Claude Robert Heath
Bickerstaff, Heath, Delgado & Acosta, L.L.P.
1601 S. MoPac Expressway
2 Barton Skyway
Suite 300
Austin, TX 78746

Mr. Gunnar P. Seaquist
Bickerstaff, Heath, Delgado & Acosta, L.L.P.
1601 S. MoPac Expressway
2 Barton Skyway
Suite C400
Austin, TX 78746

Mr. Jeremy Story
489 Agnes Drive
Suite 112-318
Bastrop, TX 78602

     No. 24-50646    Story v. Gravell
                          USDC No. 1:23-CV-1120

Dear Mr. Heath, Mr. Seaquist, Mr. Story,

Attached is a revised case caption, which should be used on all future filings in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Lisa E. Ferrara, Deputy Clerk
                                  504-310-7675

P.S. to Mr. Story: The reply brief is due for filing by 01/08/24.

Case No. 24-50646

Jeremy Story,

    Plaintiff - Appellant

v.

Bill Gravell, Williamson County Judge; Mike Gleason, Williamson County Sheriff; Brien Casey, Williamson County Deputy; Jason Briggs, Williamson County Deputy; Williamson County,

    Defendants - Appellees